## STATE SUPREME COURT—Continued

19041—Wigant Haas, guardianship in re, v. Halie Haas; motion on Wood Appeals to certify. Overruled. Dock. 3-25-25, 3 Abs. 15; OA. 3 Abs. 180.

19053—Clara Kimpel v. Cleveland Worsted Mills Co.; motion on Cuyahoga Appeals to certify. Overruled. Dock. 3-30-25, 3 Abs. 214; OS. Pend. 3 Abs. 251.

19054—Dudley Potter et al v. Comrs; motion on Wood Appeals to certify. Overruled. Dock. 3-30-25, 3 Abs. 214; OS. Pend. 3 Abs. 234.

19056—Carl Decker v. State of Ohio; motion on Preble Appeals to certify. Allowed. Dock. 4-1-25, 3 Abs. 233.

19057—S. J. Kornhauser v. National Surety Co.; motion on Cuyahoga Appeals to certify. Allowed. Dock. 4-1-25, 3 Abs. 233; OS. Pend. 3 Abs. 314.

19058—Industrial Commission v. Joe Phillips; motion on Cuyahoga Appeals to certify. Allowed. Dock. 4-6-25, 3 Abs. 233.

19060—Otis Elevator Co. v. H. S. Washer. Motion on Cuyahoga Appeals to certify. Overruled. Dock. 4-6-25, 3 Abs. 233.

19061—Lincoln Electric Co. v. Forest City Paint & Varnish Co.; motion on Cuyahoga Appeals to certify. Overruled. Dock. 4-8-25, 3 Abs. 249.

19064—A. M. Braun etc. v. Anna Averdick; motion on Hamilton Appeals to certify. Allowed. Dock. 4-9-25, 3 Abs. 249; OS. Pend. 3 Abs. 363.

19075—T. & O. C. R. R. Co. v. Louisa Whitmore et al; motion on Wood Appeals to certify. Overruled. Dock. 4-16-25, 3 Abs. 265.

19076—National Utilities Co. v. Texas Co. Motion to Franklin Appeals to certify. Overruled. Dock. 4-16-25, 3 Abs. 265; OA. 3 Abs. 122; OS. Pend. 3 Abs. 315.

19077—Lillian Murphy v. George Moran et al. Motion on Mahoning Appeals to certify. Overruled. Dock. 4-17-25, 3 Abs. 265.

19078—Akron (City) v. J. Harry Wiener et al; motion on Summit Appeals to certify. Overruled. Dock. 4-17-25, 3 Abs. 265.

19084—Harold C. Marsh v. Gertrude Metz et al; motion on Hamilton Appeals to certify. Overruled. Dock. 4-20-25, 3 Abs. 265; OA. 3 Abs. 261.

19093—C. N. O. B. & T. P. R. R. Co. v. Chas. C. Oyler et al. Motion on Hamilton Appeals to certify. Overruled. Dock. 4-23-25, 3 Abs. 278.

19094—C. N. O. & T. P. R. R. Co. v. Chas. C. Oyler et al. Motion on Hamilton Appeals to certify. Overruled. Dock. 4-23-25, 3 Abs. 278.

19102—Philip Ball v Julia Ball. Motion on Stark Appeals to certify. Overruled. Dock. 4-24-25, 3 Abs. 278.

19109—William Davidson et al v. Wellsville (City); motion on Columbiana Appeals to certify. Overruled. Dock. 5-1-25, 3 Abs. 297.

19132—John Poulas et al v. Toledo Lab. Building Co.; motion on Lucas County to certify. Overruled. Dock. 5-11-25, 3 Abs. 329.

19139—Kondrat Gwozdenkow v. State; motion to file petition in err. to Belmont Appeals. Overruled. Dock. 5-12-25, 3 Abs. 329.

---

## Abstracts of Last Week's SUPREME COURT OPINIONS

### DIGEST OF OPINIONS

SYLLABI

No. 566

No. 18646—Forest Firestone et al v. The City of Cambridge, et al. Error to the Court of Appeals of Guernsey county.

118. AUTOMOBILES—Municipalities cannot assess annual license fee upon, for cleaning and repairing streets.

MATTHIAS, J.

1. The assessment of an annual fee by a municipal ordinance upon owners of motor vehicles residing in the municipality for the privilege of operating such motor vehicles upon the streets thereof, for the declared purpose of producing a fund to be used for the cleaning, maintenance and repair of the streets of the municipality, to which use it is thereby appropriated, though denominated a license fee, is an excise tax.

2. No municipality in this state has power to levy such excise tax in addition to that levied by the state for similar purposes.

Judgment reversed.

Jones, Day, Kinkade and Robinson, JJ., concur.

---

No. 567

No. 18620—The City of Nelsonville v. R. Harold Ramsey et al. Error to the Court of Appeals of Athens county.

118. AUTOMOBILES—Municipalities cannot, by unreasonable police regulations as to traffic use on its streets, eliminate an interurban bus line.

DAY, J.

Ordinances of a municipality passed under Section 614-86, General Code, must be reasonable police regulations with reference to the use of the streets of such municipality and the control of traffic thereon, and not have for their purpose the material interference with and practical elimination of the efficiency of the service and accommodation of the public using an interurban bus transportation line, operating within the limits of such municipality over an interurban route along state highways between cities of this state, as sanctioned by the Public Utilities Commission pursuant to a certificate of convenience and necessity issued under authority of Section 614-88, General Code.

Judgment affirmed.

Jones, Matthias and Robinson, JJ., concur. Marshall, CJ., and Allen, J., dissent.

---

No. 568

Nos. 18819, 18892—The Northern Ohio Traction & Light Co. v. Public Utilities Commission. Error to the Public Utilities Commission.

118. AUTOMOBILES—1. Equipment used in transportation service, need not be owned by holder of certificate of convenience.

2. Utilities Commission controls changes in routes, and increase or decrease of number of vehicles used in the service.